[No. 4144-1. Division One. June 14, 1976.]

THE STATE OF WASHINGTON, *Appellant*, v. LARRY JOHN LEE, *Respondent*.

Appeal from a judgment of the Superior Court for King

County, No. 70733, Janice Niemi, J., entered September 5, 1975. *Reversed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.